954

No. 96–5845. Lowe v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 96–5880. Richardson v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–5883. Prechtl v. Witkowski, Warden, et al. C. A. 4th Cir. Certiorari denied.

No. 96–5884. Odoms v. Hatcher, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 96–5902. Bell v. Ohio. Ct. App. Ohio, Scioto County. Certiorari denied.

No. 96–5922. Goudy v. Baker, Warden. C. A. 6th Cir. Certiorari denied.

No. 96–5929. Egbert v. Florida. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 96–5932. Herrera v. New Mexico Department of Corrections et al. C. A. 10th Cir. Certiorari denied.

No. 96–5936. Bierley v. Franz, District Director, Pennsylvania Board of Probation and Parole. C. A. 3d Cir. Certiorari denied.

No. 96–5963. Resetar v. Lyman. Ct. Sp. App. Md. Certiorari denied.

No. 96–5967. McBride v. Circuit Court of Virginia, City of Norfolk. Sup. Ct. Va. Certiorari denied.

No. 96–6016. Green v. United States. C. A. Armed Forces. Certiorari denied.

No. 96–6028. Azhocar v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–6029. Altamirano v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–6030. Campbell v. United States. C. A. 3d Cir. Certiorari denied.